| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEW JERSEY | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Vincent Gallo & Sons, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
22-1864278

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 566 Morrrow Street<br>Orange, NJ 07050<br>Number, Street, City, State & ZIP Code | PO Box 678<br>Orange, NJ 07051<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Essex<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Vincent Gallo & Sons, Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Vincent Gallo & Sons, Inc.**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____　Relationship _____
District _____　When _____　Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5001-10,000　　　☐ 50,001-100,000
☐ 100-199　　　☐ 10,001-25,000　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　 ☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 3

Debtor  **Vincent Gallo & Sons, Inc.**_____  Case number (*if known*)_____
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Vincent Gallo & Sons, Inc.**       Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2025**
MM / DD / YYYY

X **/s/ Carmela Gallo**                                   **Carmela Gallo**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Eugene D. Roth**                                  Date **May 20, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Eugene D. Roth**
Printed name

**Law Office of Eugene D. Roth**
Firm name

**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone **732-292-9288**        Email address **erothesq@gmail.com**

**4239 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Vincent Gallo & Sons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2025**        X **/s/ Carmela Gallo**
                                         Signature of individual signing on behalf of debtor

                                         **Carmela Gallo**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vincent Gallo & Sons, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ALS Associates, LLC** c/o Puder & Poltrock 75 Main Street, Suite 202 Orange, NJ 07050 | | **Goods & Services** | **Unliquidated Disputed** | | | **$0.00** |
| **American Water** 1 Water Street Camden, NJ 08102 | | **Utility Bill** | | | | **$300.00** |
| **AT&T** 2270 Lakeside Blvd. 7th Floor Richardson, TX 75082 | | **Utility Bill** | | | | **$335.00** |
| **High Point Insurance** c/o Schachter Portnoy LLC 3490 US Rte 1 Ste. 6 Princeton, NJ 08540 | | **Insurance Premium** | **Unliquidated Disputed** | | | **$0.00** |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19114-0326 | | **Taxes** | | | | **$0.00** |
| **Law Firm of Brian W. Hofmeister LLC** 3131 Princeton Pike Building 5, Suite 110 Lawrence Township, NJ 08648 | | **Legal Services** | | | | **$38,620.00** |
| **PSE&G** PO Box 14444 New Brunswick, NJ 08906-4444 | | **Utility Bill** | | | | **$4,700.00** |

Debtor **Vincent Gallo & Sons, Inc.**                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of New Jersey Division of Taxation PO Box 046 Trenton, NJ 08646-0046** | | **Taxes** | | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name: **Vincent Gallo & Sons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Business Checking | 3091 | $500.00 |
| 3.2. | Bank of America | Business Checking | 4321 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $600.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | **Vincent Gallo & Sons, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

11a. 90 days old or less:   **50,200.00** (face amount) − **0.00** (doubtful or uncollectible accounts) = ....   **$50,200.00**

---

12. **Total of Part 3.**   $50,200.00

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Tools** | **2024** | **$0.00** | | **$3,000.00** |

---

23. **Total of Part 5.**   $3,000.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☐ No.  Go to Part 7.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

Debtor **Vincent Gallo & Sons, Inc.**     Case number *(If known)* _____
     Name

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*
    **Lawn mowers**     $0.00     $8,000.00

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**     $8,000.00
    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desk and chairs** | $0.00 | | $300.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**     $300.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

Debtor **Vincent Gallo & Sons, Inc.**                                      Case number *(If known)*
       Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **1999 Nissal Diesel UD1400** | $0.00 | | $3,500.00 |
| 47.2. **1997 F800** | $0.00 | | $9,500.00 |
| 47.3. **2000 GMC W3500** | $0.00 | | $4,200.00 |
| 47.4. **2005 GMC C4500** | $0.00 | | $5,100.00 |
| 47.5. **2017 Ford F550** | $0.00 | | $37,000.00 |
| 47.6. **2001 Case 31B Mini Excavator** | $0.00 | | $9,500.00 |
| 47.7. **1997 Case 1840 Skid Steer** | $0.00 | | $5,500.00 |
| 47.8. **2006 Chevrolet Tilt Master W355042** | $0.00 | | $5,300.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                          $79,600.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

| Debtor | **Vincent Gallo & Sons, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Vincent Gallo & Sons, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $600.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $50,200.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $8,000.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $79,600.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $141,700.00  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $141,700.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vincent Gallo & Sons, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ford Credit**<br>Creditor's Name<br><br>**PO Box 220564**<br>**Pittsburgh, PA 15257**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**6317**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2017 Ford F550**<br><br>**Describe the lien**<br>**Vehicle Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,054.66 | $37,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $3,054.66

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **Vincent Gallo & Sons, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ALS Associates, LLC**<br>**c/o Puder & Poltrock**<br>**75 Main Street, Suite 202**<br>**Orange, NJ 07050**<br>Date(s) debt was incurred **2014**<br>Last 4 digits of account number **2014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**American Water**<br>**1 Water Street**<br>**Camden, NJ 08102**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**2270 Lakeside Blvd.**<br>**7th Floor**<br>**Richardson, TX 75082**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number **5201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Bill**<br>Is the claim subject to offset? ■ No ☐ Yes | **$335.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**High Point Insurance**<br>**c/o Schachter Portnoy LLC**<br>**3490 US Rte 1 Ste. 6**<br>**Princeton, NJ 08540**<br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number **2015** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Insurance Premium**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **Vincent Gallo & Sons, Inc.**  Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19114-0326**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4278** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Taxes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Law Firm of Brian W. Hofmeister LLC**<br>**3131 Princeton Pike**<br>**Building 5, Suite 110**<br>**Lawrence Township, NJ 08648**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$38,620.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **3190** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Utility Bill**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,700.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**State of New Jersey**<br>**Division of Taxation**<br>**PO Box 046**<br>**Trenton, NJ 08646-0046**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4278** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Taxes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 43,955.00 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ 43,955.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of New Jersey**

In re  **Vincent Gallo & Sons, Inc.**                                          Case No.
                                              Debtor(s)                         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **7,500.00** |
   | Prior to the filing of this statement I have received | $ **7,500.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Manager of the Debtor**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 20, 2025** | **/s/ Eugene D. Roth** |
| *Date* | **Eugene D. Roth** |
| | *Signature of Attorney* |
| | **Law Office of Eugene D. Roth** |
| | **2520 Highway 35, Suite 307** |
| | **Manasquan, NJ 08736** |
| | **732-292-9288  Fax: 732-292-9303** |
| | **erothesq@gmail.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
**District of New Jersey**

In re **Vincent Gallo & Sons, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 20, 2025**

**/s/ Carmela Gallo**
**Carmela Gallo**/**President**
Signer/Title

```
ALS Associates, LLC
c/o Puder & Poltrock
75 Main Street, Suite 202
Orange, NJ 07050


American Water
1 Water Street
Camden, NJ 08102


AT&T
2270 Lakeside Blvd.
7th Floor
Richardson, TX 75082


Ford Credit
PO Box 220564
Pittsburgh, PA 15257


High Point Insurance
c/o Schachter Portnoy LLC
3490 US Rte 1 Ste. 6
Princeton, NJ 08540


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114-0326


Law Firm of Brian W. Hofmeister LLC
3131 Princeton Pike
Building 5, Suite 110
Lawrence Township, NJ 08648


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


State of New Jersey
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046
```